**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1396**

_____

In re:  KEVIN LEE MYERS, JR.,

        Petitioner.

_____

On Petition for Writ of Mandamus.  (1:17-cr-00018-LCB-1; 1:19-cv-00865-LCB-LPA)

_____

Submitted:  September 27, 2022               Decided:  October 14, 2022

_____

Before NIEMEYER and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Kevin Lee Myers, Jr., Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Lee Myers, Jr., petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently issued a judgment accepting the magistrate judge's recommendation to deny in part and dismiss in part Myers' § 2255 motion. *United States v. Myers*, No. 1:17-cr-00018-LCB-1 (M.D.N.C. Sept. 8, 2022). Accordingly, because the district court has acted in Myers' case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
